MARCH 11, 1959

**No. 62845.**—Sandoz Chemical Works, Inc. v. United States, protest 58/1279. Plaintiff's application for rehearing granted.

MARCH 11, 1959

**No. 62846.**—Charles Garcia & Co., Inc. v. United States, protests 307222–K(B), etc.— Motion by plaintiff granted.

MARCH 11, 1959

**No. 62847.**—SUIT 4979.—United States v. United Enterprises et al.— —C.D. 2023. (Appeal dismissed January 9, 1959.)